| | |
|---|---|
| 1 | COOLEY LLP |
| | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | JEFFREY D. LOMBARD (285371) (jlombard@cooley.com) |
| | JOAN R. LI (312024) (jli@cooley.com) |
| 3 | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| 4 | Telephone:   (650) 843-5000 |
| | Facsimile:   (650) 843-7400 |
| 5 | |
| | Attorneys for Defendants |
| 6 | Eddie Gray, Michael S. Ostrach, Stanley A. Plotkin, Arnold |
| | Oronsky, Laura Brege, Francis R. Cano, Dennis A. Carson, |
| 7 | Daniel L. Kisner, Peggy V. Phillips, Robert Janssen, Natale |
| | Ricciardi, and Dynavax Technologies Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL SHUMAKE, Derivatively and on Behalf of DYNAVAX TECHNOLOGIES Corporation, | Case No.  4:17-cv-06886-YGR |
| | OIRDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE § 41(A)(1) |
| Plaintiff, | |
| v. | |
| Eddie Gray, Michael S. Ostrach, Stanley A. Plotkin, Arnold Oronsky, Laura Brege, Francis R. Cano, Dennis A. Carson, Daniel L. Kisner, Peggy V. Phillips, Robert Janssen, and Natale Ricciardi, | Judge:   Hon. Yvonne Gonzalez Rogers |
| | Date Action Filed:  December 1, 2017 |
| Defendants, | |
| and | |
| DYNAVAX TECHNOLOGIES CORPORATION, | |
| Nominal Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [~~PROPOSED~~] ORDER FOR
VOLUNTARY DISMISSAL
CASE NO. 4:17-CV-06886-YGR

Plaintiff Michael Shumake, by and through his respective counsel ("Plaintiff"), and Defendants Eddie Gray, Michael S. Ostrach, Stanley A. Plotkin, Arnold Oronsky, Laura Brege, Francis R. Cano, Dennis A. Carson, Daniel L. Kisner, Peggy V. Phillips, Robert Janssen, and Natale Ricciardi (the "Individual Defendants"), along with nominal defendant Dynavax Technologies Corporation ("Dynavax" or the "Company"), by and through their respective counsel (collectively with the Individual Defendants, "Defendants," and with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on December 1, 2017, Plaintiff filed this shareholder derivative action (the "Action");

WHEREAS, on January 22, 2018, the Court ordered the Action related to *In re Dynavax Technologies Corporation Securities Litigation*, Case No. 4:16-cv-06690-YGR, a federal securities class action that, at the time, was pending before this Court (the "Securities Class Action"), and reassigned the Action from the Honorable Judge Donna M. Ryu to this Court (Dkt. Nos. 16, 17);

WHEREAS, on February 13, 2018, the Court stayed this Action in its entirety pending final resolution of the Securities Class Action;

WHEREAS, on June 4, 2018, Defendants' Motion to Dismiss the Securities Class Action was granted with prejudice (the "Final Dismissal Order")

WHEREAS, on July 3, 2018, lead plaintiff in the Securities Class Action filed a Notice of Appeal of the Final Dismissal Order with the Ninth Circuit (the "Securities Class Action Appeal");

WHEREAS, on November 13, 2018, lead plaintiff in the Securities Class Action filed a Consented Motion to Dismiss the Appeal with Prejudice Pursuant to Federal Rule of Appellate Procedure 42(b) ("Motion to Dismiss the Appeal");

WHEREAS, on November 16, 2018, the Ninth Circuit granted the Motion to Dismiss the Appeal, dismissing the Securities Class Action Appeal with prejudice;

WHEREAS, in light of the final resolution of the Securities Class Action, the Parties have met and conferred in good faith, and Plaintiff has agreed to voluntarily dismiss the Action without prejudice with each Party agreeing that it shall bear its own fees and costs related to this Action;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL
CASE NO. 4:17-CV-06886-YGR

NOW THEREFORE, the Parties, by and through their respective counsel, agree and stipulate to the following:

1. Plaintiff voluntarily dismisses the Action without prejudice pursuant to Federal Rules of Civil Procedure § 41(a)(1); and

2. The Parties shall each bear their own fees and costs related to this Action.

**IT IS SO STIPULATED.**

Dated:   December 6, 2018          COOLEY LLP

　　　　　　　　　　　　　　　　　　　／s／ Jeffrey D. Lombard
　　　　　　　　　　　　　　　　　Jeffrey D. Lombard (285371)

　　　　　　　　　　　　　　　　　JOHN C. DWYER (136533)
　　　　　　　　　　　　　　　　　JEFFREY D. LOMBARD (285371)
　　　　　　　　　　　　　　　　　JOAN R. LI (312024)
　　　　　　　　　　　　　　　　　3175 Hanover Street
　　　　　　　　　　　　　　　　　Palo Alto, CA 94304-1130
　　　　　　　　　　　　　　　　　Telephone:   (650) 843-5000
　　　　　　　　　　　　　　　　　Facsimile:    (650) 843-7400

　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　Eddie Gray, Michael S. Ostrach, Stanley A. Plotkin, Arnold Oronsky, Laura Brege, Francis R. Cano, Dennis A. Carson, Daniel L. Kisner, Peggy V. Phillips, Robert Janssen, Natale Ricciardi, and Dynavax Technologies Corporation

Dated:   December 6, 2018          THE BROWN LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　／s／ Robert C. Moest
　　　　　　　　　　　　　　　　　Robert C. Moest (62166)

　　　　　　　　　　　　　　　　　ROBERT C. MOEST, OF COUNSEL (62166)
　　　　　　　　　　　　　　　　　2530 Wilshire Boulevard, Second Floor
　　　　　　　　　　　　　　　　　Santa Monica, California 90403
　　　　　　　　　　　　　　　　　Telephone: (310) 915-6628
　　　　　　　　　　　　　　　　　Facsimile: (310) 915-9897
　　　　　　　　　　　　　　　　　Email: RMoest@aol.com

　　　　　　　　　　　　　　　　　Attorney for Plaintiff Michael Shumake

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated:    December 6, 2018           **COOLEY LLP**

                                     /s/ *Jeffrey D. Lombard*
                                     Jeffrey D. Lombard (285371)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 12  , 2018

                                     Honorable Yvonne Gonzalez Rogers
                                     United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL
CASE NO. 4:17-CV-06886-YGR